**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Sheila Biglang−Awa Castro
                          Plaintiff,

v.                                         Case No.: 1:17−cv−06702
                                                   Honorable Amy J. St. Eve

Bonial Enterprises North America, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 20, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Rule 26(f) report due by 11/13/2017. Status hearing set for 11/1/17 is stricken and reset to 11/16/2017 at 08:30 AM. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.