# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEILA MARIE B. BEIGLANG-AWA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BONIAL ENTERPRISES NORTH AMERICA, INC. <br><br> Defendant. | Case No. 1:17-cv-06702 <br><br> Judge Amy J. St. Eve |

## JOINT NOTICE OF SETTLEMENT

Please take notice that Plaintiff Sheila Marie B. Beiglang-Awa ("Plaintiff") and Defendant Bonial Enterprises North America, Inc. ("Defendant"), by and through their undersigned counsel have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of final settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Rusty A. Payton* <br> Rusty A. Payton <br> Marc E. Dann (OH # 0039425) <br> **DannLaw** <br> P.O. Box 6031040 <br> Cleveland, OH 44103 <br> Telephone: (216) 373-0539 <br> Email: notices@dannlaw.com <br> DisabilityNotices@dannlaw.com <br> *Counsel for Plaintiff* | */s/ Mark S. Eisen* <br> Mark S. Eisen, Esq. <br> Benesch Friedlander, Coplan & Aronoff LLP <br> 333 West Wacker Drive, Suite 1900 <br> Chicago, IL 60606-2211 <br> Telephone: 312-212-4956 <br> MEisen@beneschlaw.com <br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

*/s/ Marc E. Dann*
Marc E. Dann