# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEILA BIGLANG-AWA CASTRO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BONIAL ENTERPRISES NORTH AMERICA, INC. <br><br> Defendant. | Case No. 1:17-cv-06702 <br><br> Honorable Judge Amy J. St. Eve |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sheila Biglang-Awa Castro and Defendant Bonial Enterprises North America, Inc. by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Rusty A. Payton* <br> Rusty A. Payton <br> Marc E. Dann <br> DANNLAW <br> 115 S. LaSalle Street, Suite 2600 <br> Chicago, IL 60603 <br> notices@dannlaw.com <br> DisabilityNotices@dannlaw.com <br> *Counsel for Plaintiff* <br> Dated: November 28, 2017 | */s/ Mark Eisen* <br> Mark S. Eisen, Esq. <br> Benesch Friedlander, Coplan & Aronoff LLP <br> 333 West Wacker Drive, Suite 1900 <br> Chicago, IL 60606-2211 <br> Phone: 312-212-4956 <br> MEisen@beneschlaw.com <br> *Counsel for Defendant* <br> Dated: November 28, 2017 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28 2017, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

/s/ *Rusty A. Payton*
Rusty A. Payton