# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEILA BIGLANG-AWA CASTRO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BONIAL ENTERPRISES NORTH AMERICA, INC. <br><br> Defendant. | Case No. 1:17-cv-06702 <br><br> Honorable Judge Amy J. St. Eve |

## ORDER DISMISSING ACTION WITH PREJUDICE

Pursuant to the Stipulation between Plaintiff Sheila Biglang-Awa Castro and Defendant Bonial Enterprises North America, Inc., IT IS HEREBY ORDERED THAT the action referenced above shall be, and hereby is, dismissed with prejudice in its entirety as against all parties, with the parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
Hon. Judge Amy J. St. Eve